IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAVAR KINNELL ELLIS**                                                                  **PETITIONER**
Reg. #24558-009
v.                              Case No. 2:19-cv-00043-KGB

**DEWAYNE HENDRIX, Warden**                                                  **RESPONDENT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No objections have been filed, and the time to file objections has passed. After careful review, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (Dkt. No. 3). Accordingly, pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice petitioner Lavar Kinnell Ellis's petition for writ of *habeas corpus*.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge