IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAVAR KINNELL ELLIS**  PETITIONER
Reg. #24558-009
v.  Case No. 2:19-cv-00043-KGB

**DEWAYNE HENDRIX, Warden**  RESPONDENT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Lavar Kinnell Ellis's petition for writ of *habeas corpus* is dismissed without prejudice.

It is so adjudged this 19th day of December, 2019.

Kristine G. Baker
United States District Judge